```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :   ORDER
                                    :
JOSHUA PEREZ,                       :   19 Cr. 821 (KMW)
                                    :
                Defendant.          :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/21

      Defendant Joshua Perez seeks to proceed with a change of plea proceeding via video or telephone conference instead of a personal appearance in court. In view of the ongoing pandemic, video and telephone conferencing has been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice because this case has been pending for more than a year and further delay would result in unnecessary litigation. Proceeding by video or telephone conference with a change of plea furthers justice without undue delay. *See* § 15002(b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

During the change of plea proceeding, the Magistrate Judge should allocute the defendant on his consent to proceed via video or telephone conference.

SO ORDERED:

Dated: New York, New York
May 24, 2021

*[signature: Kimba M. Wood]*

THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK