UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSUA PEREZ

                             Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-CR-821 ( )( )

Defendant __Joshua Perez__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_X_ Change of Plea Hearing

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Joshua Perez**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Edward V. Sapone**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/28/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge