UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JOSHUA PEREZ,

                        Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Tuesday, December 21, 2021, a 11:00 a.m. Members of the press and public who wish to join the conference may dial 1-888-363-4749 and enter Access Code 1613818. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceedings is permitted.

SO ORDERED.

Dated: New York, New York
         December 16, 2021

                                            KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE