UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JOSHUA PEREZ,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/22

KIMBA M. WOOD, District Judge:

      Due to a conflict with the Court's calendar, sentencing currently scheduled for February 9, 2022, is adjourned to February 23, 2022, at 12:00 p.m. Defendant's submission is due by February 9, 2022. Government submission is due by February 16, 2022.

      SO ORDERED.

Dated: New York, New York
       January 20, 2022

                                         *Kimba M. Wood*
                                        KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE