UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JOSHUA PEREZ,

                           Defendant.
------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    Mr. Sapone is ordered to report to the Court by June 20, 2023, whether he has been able to assist Mr. Perez in calculating his federal and state sentences, as described in the defendant's letter received by the Court on March 15, 2023.

    SO ORDERED.

Dated: New York, New York
         June 8, 2023

                                          _/s/ Kimba M. Wood_
                                          KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/23