UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

JOSHUA PEREZ

        Defendant.

– – – – – – – – – – – – – – –X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  August 24, 2023
```

Cr. No. 19-cr-00821-KMW-3

## ORDER

Upon the unopposed application of Defendant Joshua Perez, by and through his counsel Edward V. Sapone, Esq., it is hereby ordered that pursuant to Fed. R. Cr. P. 36, the Judgment in the above-captioned matter, as to Defendant Joshua Perez (USM No. 76356-054), dated March 15, 2022, be corrected, *nunc pro tunc*, to clarify that that the term of imprisonment imposed (17 months, 17 days) is to run concurrently with any and all New York State sentences that Mr. Perez is currently serving, including his sentence under Supreme Court of the State of New York, County of New York indictment numbers SCI 72626/22 and 2709/19.

Dated: New York, New York
       August  24 , 2023

                                                  */s/ Kimba M. Wood*
                                        The Honorable Kimba M. Wood
                                        United States District Judge